UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | : | MDL No. 1431 |
| | : | (MJD) |
| This Document Relates to: | : | |
| | : | |
| *Cindy Dickerson, et al. v. Bayer Corp., et al.* | : | Case No. 03-1173 |

ORDER

Based on the stipulated submissions pursuant to PTO 81 and this Court's Order of January 30, 2006, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED**:

The claims of Nick Landry are **DISMISSED WITH PREJUDICE** from the above-captioned case.

DATED: FEB 2 1 2006

The Honorable Michael J. Davis
United States District Court

SCANNED